IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01258

CHRISTIE CHAFFEE,

       Plaintiff,

v.

GREAT-WEST LIFE & ANNUITY INSURANCE
COMPANY and
MARCUS WASHINGTON an individual,

       Defendants.

## DEFENDANT GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of Federal Rule of Civil Procedure, Defendant Great-West Life & Annuity Insurance Company ("Great-West") hereby states that it is incorporated under the laws of the State of Colorado, and its principal place of business is located in Colorado.  Great-West is a wholly-owned subsidiary of GWL&A Financial Inc., which is not publicly traded.  No publicly held corporation owns 10 percent or more of the stock of Great-West Life & Annuity Insurance Company.  GWL&A Financial Inc. is wholly owned by Great-West Lifeco US, LLC ("Lifeco").

Dated:  April 30, 2019                                    Respectfully submitted,

*s/ Tamera D. Westerberg*
Tamera D. Westerberg
Chuan "CiCi" Cheng
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO  80202-5647
Telephone:   303.244.1800
Facsimile:   303.244.1879
Email:   westerberg@wtotrial.com
             cheng@wtotrial.com

Attorneys for Defendants
Great-West Life & Annuity Insurance
Company and Marcus Washington

2

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on April 30, 2019, I electronically filed the foregoing **DEFENDANT GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Claire E. Hunter**
  chunter@hkm.com

- **Jesse K. Fishman**
  jfishman@hkm.com

I FURTHER CERTIFY that counsel for Plaintiff in this action has been served with the foregoing document by U.S. Mail as follows:

Claire E. Hunter
Jesse K. Fishman
HKM Employment Attorneys LLP
730 17th St Suite 750
Denver, Colorado  80202


*s/ Julie Christman for Tamera D. Westerberg*